**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-F-06-1431-LJO-DLB |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| JAGTAR SINGH, | |
| Defendant. | |

The Court has received and reviewed the notice of voluntary dismissal filed by Plaintiff United States of America on May 30, 2007 pursuant to Federal Rule of Civil Procedure 41(a). Rule 41 reads:

> (a) **Voluntary Dismissal: Effect Thereof**. (1) ...[A]n action may be dismissed by the plaintiff without order of the court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs...

The effect of filing the notice of dismissal is clear in the Ninth Circuit:

> [O]nce a notice of voluntary dismissal is filed, the district court in which the action is pending loses jurisdiction and cannot exercise discretion with respect to the terms and conditions of the dismissal.

*Commercial Space Management Co. Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1075 (9th Cir. 1999).

Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   May 31, 2007**                              /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE